IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREEM MILHOUSE,** : | |
| : | **Civ. No. 1:14-cv-1971** |
| Petitioner, : | |
| : | |
| v. : | |
| : | |
| **DAVID J. EBBERT,** : | |
| : | **Judge Sylvia H. Rambo** |
| Respondent. : | |

# **O R D E R**

**AND NOW**, this 22nd day of July, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation of the magistrate judge (Doc. 8) is **ADOPTED**.

2) The petition for a writ of habeas corpus is **DENIED**.

3) The clerk of court is directed to close this file.

4) Any appeal taken from this order is deemed frivolous and not taken in good faith.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge